

# ANNIE REBECCA ELLIOTT
## DISTRICT CLERK
### Fort Bend County, Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/16/2015 11:38:32 AM
CHRISTOPHER A. PRINE
Clerk

(281) 341-4516
Fax (281) 341-4519

December 01, 2015

TO: Jennifer Anne Thomas #1990157
MARLIN UNIT
2893 STATE HWY 6
MARLIN, TEXAS 76661

Re: Cause No.   14-DCR-065587
State of Texas vs Jennifer Anne Thomas

Dear Jennifer Anne Thomas:

Please find enclosed the following:

COPIES OF VOLUME ONE AND VOLUME TWO OF THE CLERKS RECORD IN ACCORDANCE WITH THE ORDER ISSUED BY THE 14TH COURT OF APPEALS ON NOVEMBER 30, 2015.

DISTRICT CLERK ANNIE REBECCA ELLIOTT
Fort Bend County, Texas

By:_____
Deputy District Clerk Lisa Tucker
Telephone: (281) 341-4516
CMRRR#9414-7266-9904-2953-8488-64

14-DCR-065587
LETT
Letters
3891608

**MAILING**
301 Jackson Street
Richmond, Texas 77469

**PHYSICAL**
1422 Eugene Heimann Circle, Room 10142
Richmond, Texas 77469

http://www.fortbendcountytx.gov
Departments – District Clerk